[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-10746
Non-Argument Calendar
_____

D.C. Docket No. 8:07-cr-00033-EAK-EAJ-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHARLES MAROVSKIS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(January 15, 2014)

Before HULL, PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

Daniel M. Hernandez, appointed counsel for Charles Marovskis in this direct criminal appeal, has moved to withdraw from further representation of Marovskis and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18

L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Marovskis's convictions and sentences are **AFFIRMED**.